In the Matter of Proving the Last Will and Testament of CHARLES W. DAYTON, Deceased.

LAURA ADAMS DAYTON DENBY, Petitioner, Appellant; FRANCES WANEK, etc., as Executrix, Respondent.

Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents; dissenting opinion by O'Malley, J.

O'MALLEY, J. (dissenting). Assuming that the case cited by the surrogate as the sole reason for his denial of the relief sought was not conclusive, I am of opinion that the application does not show sufficient merit to justify a reversal by this court. I, therefore, dissent and vote for affirmance.

VINCENZO MARTINEZ, Also Known as CAPTAIN MARTINEZ, Appellant, v. LA STAMPA LIBERA ASS'N., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOSEPH D. BASSON, as President of the Moving Picture Machine Operators Union Local 306 of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, and Others, Appellants, v. EDJOMAC AMUSEMENT CORP. and Others, Defendants, Impleaded with JOSEPH QUITTNER, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with leave to the defendant-respondent, to answer within twenty days after service of order on payment of said costs. Facts sufficient to constitute a cause of action are set forth in the amended complaint. It is alleged in part that when the defendants took over the operation and control of the theatre and its business, each of them " knew of the aforesaid contracts, and assumed and adopted the same as if the same were signed by the defendant Edjomac Amusement Corporation and each of them individually; and for a long time thereafter operated the said theatre under, pursuant to, and in accordance with the terms of the said contracts." Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

HARRY NEWGOLD, Respondent, v. CLIFTON M. MILLER and Others, Appellants, Impleaded with Others, Defendants.— Judgment, so far as appealed from, unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict of the jury on the special questions was contrary to the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.